IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

LAMANUEL WOLFE,

    Plaintiff,

v.　　　　　　　　　　　　　　　　Case No. 24C0740

ROBERT DREMEL, et al.,

    Defendants.

## NOTICE OF SUBSTITUTION

PLEASE TAKE NOTICE that the Defendants substitute as their attorney of record in this action Tiffany M. Winter, Assistant Attorney General, in place of Ashley Fard. Defendants request service of all discovery and correspondence be made upon Assistant Attorney General Winter as counsel of record at Wisconsin Department of Justice, Post Office Box 7857, Madison, Wisconsin 53707-7857. All other papers should be served through the court's CM/ECF system. Assistant Attorney General Ashley Fard should be removed from all future electronic notifications through the court's CM/ECF system.

Dated October 4, 2024.

                                          Respectfully submitted,

                                          JOSHUA L. KAUL
                                          Attorney General of Wisconsin

                                          Electronically signed by:

<pre>
                                        s/ Tiffany M. Winter
                                        TIFFANY M. WINTER
                                        Assistant Attorney General
                                        State Bar #1065853

                                        Attorneys for Defendants.
</pre>

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 261-9220
(608) 294-2907 (Fax)
tiffany.winter@wisdoj.gov